UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUSTIN H. LEWIS** | **CIVIL ACTION** |
| **VERSUS** | |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **NO. 24-00128-BAJ-EWD** |

### RULING AND ORDER

On March 13, 2024, the Magistrate Judge issued a **Report and Recommendation (Doc. 6)** recommending that the above-captioned action be remanded to the Nineteenth Judicial District Court for the Parish of East Baton Rouge for lack of subject matter jurisdiction, based on Defendants' failure to establish that the amount in controversy exceeds the jurisdictional minimum for diversity jurisdiction under 28 U.S.C. § 1332. There is no objection to the Report.

Having carefully considered Defendants' Notice of Removal (Doc. 1) and the parties' Joint Motion to Remand (Doc. 5), the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby immediately **REMANDED** to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **TERMINATE**

and **CLOSE** the above-captioned action.

Baton Rouge, Louisiana, this 30th day of April, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

2